THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.

 
 
 
 THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 The State, Respondent,
 v.
 Hubert Leon Moore, Appellant.
 
 
 

Appeal From Greenville County
 Edward W. Miller, Circuit Court Judge
Unpublished Opinion No. 2007-UP-236
Submitted May 1, 2007  Filed May 15, 2007    

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM: Hubert Moore appeals his guilty plea for burglary first degree.  Moore argues the plea should be vacated because the trial court failed to adequately advise him of his constitutional rights as required by Boykin v. Alabama, 395 U.S. 238 (1969).  Moore did not file a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Moores appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.